BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant IRIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0613 JL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE |
| TAKAKO IRIE, | |
| Defendant. | |

For good cause shown, the conditions of release for Defendant Takako Irie are hereby amended to delete the condition that Ms. Inka Petersen serve as a custodian. Ms. Petersen shall remain on the bond as a surety. All other conditions of release for Ms. Irie to remain the same.

IT IS SO ORDERED.

DATED: 9-13-06

JAMES LARSON
Chief United States Magistrate Judge