BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant IRIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 06-0613 JL |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ~~XXXXXXXXX~~ ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| TAKAKO IRIE, | ) | |
| Defendant. | ) | |

1      Defendant Takako Irie respectfully requests, and the parties agree, that her conditions of

2  pretrial release should be amended so that she may temporarily leave the Northern District of

3  California to visit her boyfriend's family from December 18 to December 23, 2006.  Sentencing is

4  currently set for January 11, 2007.  Mr. Irie will be staying at:  399 Tibet Road, Columbus Ohio

5  43202, and will be reachable at (415) 235-8316.

6  IT IS SO STIPULATED.

7                          KEVIN V. RYAN
                                United States Attorney

8

9  DATED:December 5, 2006              /S/
                               DEREK OWENS

10                             Assistant United States Attorney

11

12  DATED:December 5, 2006              /S/
                               DANIEL P. BLANK

13                             Assistant Federal Public Defender
                             Attorney for Takako Irie

14

15  IT IS SO ORDERED.

16  DATED:      December 6, 2006

17                     JAMES
                     Chief

18

19

20

21

22

23

24

25

26